**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                          CHAPTER 13 NO.:

ISISHA LATRICE CARTER                                                24 – 00460 – JAW

**RULE 3011 LIST OF UNCLAIMED FUNDS,**
**CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Isisha Latrice Carter | 391 Welch Street Canton, MS 39046 | $ 26.25 |

THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:   June   17  , 2025

                                                                    Respectfully submitted,

                                                                      /s/Harold J. Barkley, Jr.
                                                                    HAROLD J. BARKLEY, JR. – MSB #2008
                                                                    CHAPTER 13 TRUSTEE
                                                                    POST OFFICE BOX 4476
                                                                    JACKSON, MS 39296-4476
                                                                    PHONE: 601/362-6161 FAX: 601/362-8826
                                                                    E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Isisha Latrice Carter
391 Welch Street
Canton, MS 39046

Dated:   June   17  , 2025

                                                                      /s/Harold J. Barkley, Jr.
                                                                    HAROLD J. BARKLEY, JR.