Generated: Jun 20, 2025 2:27PM

Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Jun 20, 2025 2:27PM

Harold J. Barkley, Chapter 13 Trustee

| Rcpt. No: 30000808 | | Trans. Date: Jun 20, 2025 2:27PM | | | Cashier ID: #DCSs (3665) | |
|---|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | | **Price** | **Amt** |
| UC | UNCLAIMED FUNDS | 24-00460-JAW | 1 | | 26.25 | 26.25 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | CHECK | #701362 | 06/20/2025 | | $26.25 |
| | | | Total Due Prior to Payment: | | $26.25 |
| | | | Total Tendered: | | $26.25 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor:** Isisha Latrice Carter

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee
will be charged for a returned check.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

ISISHA LATRICE CARTER

CHAPTER 13 NO.:

24 – 00460 – JAW

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUN 2 0 2025

Danny L. Miller, Clerk of Court
BY RBP, and ____ Deputy Clerk

### RULE 3011 LIST OF UNCLAIMED FUNDS,
### CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rule 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Isisha Latrice Carter | 391 Welch Street Canton, MS 39046 | $ 26.25 |

THAT, this check was sent to the above named Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:   June _____ 17 _____, 2025

Respectfully submitted,

__/s/Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

### C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Isisha Latrice Carter
391 Welch Street
Canton, MS 39046

Dated:   June _____ 17 _____, 2025

__/s/Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR.

OFFICE OF THE TRUSTEE
CHAPTER 13 PROCEEDINGS
HAROLD J. BARKLEY, JR.
P.O. BOX 4476
JACKSON, MS 39296-4476

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

JUN 2 0 2025

Danny L. Miller, Clerk of Court
By:_____ Deputy Clerk

JACKSON MS 390
18 JUN 2025 AM 2 L

FIRST-CLASS

US POSTAGE
$ 000.97°

ZIP 39216
02 7W
0008039183 JUN 17 2025

Clerk, US Bankruptcy Court
Southern District of Mississippi
501 E Court St. Suite 2.300
Jackson MS 39201

39201=503675