**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                            CHAPTER 13 NO.:

**ISISHA LATRICE CARTER**                       24 – 00460 – JAW

**NOTICE OF WITHDRAWAL**

      **YOU ARE HEREBY NOTIFIED** that on July 2, 2025 the Trustee has filed a *Chapter 13 Standing Trustee's Final Report and Account* [DK #46].

      **YOU ARE FURTHER NOTIFIED** that said *Chapter 13 Standing Trustee's Final Report and Account* [DK #46] was filed in error and is hereby withdrawn.

      **SO NOTICED** this the 2, day of July, 2025.

                                                               /s/Harold J. Barkley, Jr.
                                                               HAROLD J. BARKLEY, JR. – MSB #2008
                                                               CHAPTER 13 TRUSTEE
                                                               POST OFFICE BOX 4476
                                                               JACKSON, MS 39296-4476
                                                               PHONE: 601/362-6161
                                                               FAX: 601/362-8826
                                                               E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Isisha Latrice Carter
391 Welch Street
Canton, MS 39046

All creditors and other interested parties as shown on attached mailing matrix

Dated: July 2, 2025

                                                               /s/Harold J. Barkley, Jr.
                                                               HAROLD J. BARKLEY, JR.