| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 24-00460-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed Jul  2 11:11:54 CDT 2025 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2359 | Capital One Auto Finance, a division of Capi<br>One, N.A.<br>c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Isisha Latrice Carter<br>391 Welch St.<br>Canton, MS 39046-3679 |
| Credit One Bank<br>Attn: Bankruptcy<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | (p)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LANDMARK STRATEGY GROUP LLC<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 |
| (p)TOTAL LOAN SERVICES  LLC<br>ATTN JOHN LANGENDERFER<br>205 SUGAR CAMP CIRCLE<br>DAYTON OH 45409-1970 | Merit Health Madison<br>c/o PASI<br>PO Box 188<br>Brentwood TN 37024-0188 | MoneyLion, Inc<br>Attn:  Bankruptcy Dept<br>P.O. Box 1547<br>Sandy, UT 84091-1547 |
| Navient<br>Attn:  Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Paragon Revenue Group<br>Attn: Bankruptcy<br>216 Le Phillip Ct<br>Concord, NC 28025-2954 | (p)POSSIBLE FINANCIAL INC<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101-2051 | Security Credit System<br>Attn: Bankruptcy<br>100 River Rock Dr.<br>Suite 20<br>Buffalo, NY 14207-2163 |
| SeedFi/CRB<br>Systems & Services Technologies, Inc.<br>4315 Pickett Road, Bankruptcy Department<br>St. Joseph, Missouri 64503-1600 | Synchrony<br>Attn: Bankruptcy<br>PO Box 955060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CreditFresh<br>200 Continental Drive<br>Suite 401<br>Newark, DE 19713 | Landmark Strategy Group, LLC<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | Lendly Loan<br>205 Sugar Camp Cir<br>Dayton, OH 45409 |
| Possible Finance<br>2231 First Ave Ste B<br>Seattle, WA 98121 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 | |