Generated: Aug 25, 2025 3:27PM                                                                                      Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Receipt Date: Aug 25, 2025 3:27PM

Harold J Barkley, Chapter 13 Trustee

Rcpt. No: 30000869      Trans. Date: Aug 25, 2025 3:27PM      Cashier ID: #SH (3823)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| UC | UNCLAIMED FUNDS | 24-00460-JAW | 1 | 31.78 | 31.78 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | CHECK | #924571 | 08/25/2025 | $31.78 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $31.78 |
| Total Tendered: | $31.78 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Debtor**: Isisha Latrice Carter

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.