OFFICE OF THE TRUSTEE
CHAPTER 13 PROCEEDINGS
HAROLD J. BARKLEY, JR.
P.O. BOX 4476
JACKSON, MS 39296-4476

JACKSON MS 390
22 AUG 2025 AM 3

US POSTAGE PITNEY BOWES
ZIP 39216
02 7W
0006091830 AUG 21 2025
$ 001.03°

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
AUG 25 2025
Danny L. Miller, Clerk of Court
By: _____

CLERK, US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
THAD COCHRAN UNITED STATES COURTHOUSE
501 E. COURT ST. SUITE 2.300
JACKSON MS 39201

39201-506575